# Addenda

<u>Plaintiffs' Attorneys (continued)</u>

Brittany Carter
Elizabeth Caldwell
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor New York, NY 10006
Phone: (212) 965-2200
bcarter@naacpldf.org
bcaldwell@naacpldf.org

Isabel Sara Rohani*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
srohani@naacpldf.org

<u>Defendants (continued)</u>

Violet Edwards, in her official capacity; Steve Haraway, in his official capacity; Craig Hill, in his official capacity; Mac McCutcheon, in his official capacity; Phil Riddick, in his official capacity; and Phil Vandiver, in his official capacity, Frank Barger, in his official capacity.