FILED
2025 Jul-21  PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

83 JAN 27 PM 12: 03

U.S. DISTRICT COURT
N.D. OF ALABAMA
C.T. CLIVER, CLERK

GEORGE GRAYSON, individually            )
and on behalf of all others             )
similarly situated,                     )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )  CIVIL ACTION NO. 84-V-5770-NE
                                        )
MADISON COUNTY, ALABAMA,                )
a political subdivision of              )
the State of Alabama,                   )
                                        )
            Defendants.                 )

ENTERED

JAN 2 7 1989

## ORDER

On October 31, 1984, the plaintiff filed this case against Madison County and the then serving five members of the Madison County Commission, individually and in their official capacities as members of the Madison County Commission. The successors in office to certain of those individual defendants have been substituted. The case was brought pursuant to 42 U.S.C. §§ 1971 and 1973(a), the Voting Rights Act of 1965, as amended, and 42 U.S.C. § 1983.

Included in the complaint were claims in regard to other governmental bodies within Madison County. This Order addresses only the Madison County Commission aspect of the case.

This case is a class action on behalf of all black citizens of Madison County attacking the at-large method of electing the five members of the Madison County Commission, who are presently elected pursuant to Act Number 1739 of the 1971 Alabama Legislature, as diluting black voting strength

and denying black citizens a meaningful opportunity to be elected to the Madison County Commission. As to Count One and Count Three of the complaint, this action was certified as a class action by order of this Court entered on May 19, 1988.

For the purposes of this case only, the issue of liability is not disputed by these defendants. The parties agreed that this case could proceed to the remedy stage without these defendants admitting the truth of any of the averments of the complaint with regard to liability for any other purpose.

The terms of the five members of the Madison County Commission serving at the time of the settlement of this aspect of this case, as described below, ended on the first Monday after the second Tuesday in January, 1989.

On the May 6, 1988 this Court entered a Consent Agreement And Provisional Order permitting the election of the members of the Madison County Commission for the four year term beginning the first Monday after the second Tuesday in January, 1989 to go forward as set forth in the Consent Agreement And Provisional Order.

On June 1, 1988 the plaintiff and the defendants in this aspect of the case filed a motion seeking approval pursuant to Rule 23(3), Federal Rules of Civil Procedure, of a compromise settlement of the Madison County Commission aspect of the case. On June 2, 1988 this Court entered an order setting forth the manner of notice of the proposed

-2-

compromise settlement of the Madison County Commission aspect of this case. On July 11, 1988 the attorney of record for the defendants in the Madison County Commission aspect of this lawsuit filed a written report to the Court of the defendants' compliance with the June 2, 1988 order of the Court in regard to the giving of notice of the proposed compromise settlement of the Madison County Commission aspect of the case to members of the plaintiff class. The Court hereby finds that adequate notice of the proposed compromise settlement of the Madison County Commission aspect of this case was given to all members of the plaintiff class.

In the order of this Court entered on June 2, 1988 this Court ordered that if substantial objections to the fairness of the proposed compromise settlement were received the Court would hold a hearing for the purpose of hearing the objections of the proposed compromise settlement by members of the plaintiff class. No objections to the fairness of the proposed compromise settlement were received, therefore, the Court did not hold the said hearing.

The Court hereby notes that three candidates, all of whom were black, sought the nomination of the Democratic Party for the position of member of the Madison County Commission from District Six in the Democratic Primaries held in June, 1988. In the General Election held on November 8, 1988 two candidates, both of whom were black, one of whom was the nominee of the Democratic Party and the second running as an independent, sought election as a member of the Madison

-3-

County Commission from District Six.  Prince Preyer, Jr., who is black, was elected as the member of the Madison County Commission from District Six.

The Court is of the opinion that the joint motion filed by the plaintiff and the defendants in the Madison County Commission aspect of this case filed on June 1, 1988 should be granted and that the approval of this Court should be given to the compromise settlement of the Madison County Commission aspect of the case set forth in the said motion.

It is therefore, ORDERED, ADJUDGED and DECREED by the Court as follows:

1.    For the four year term beginning on the first Monday after the second Tuesday in January, 1989, and thereafter, the Madison County Commission shall be composed of seven members as follows:

> (1)   A Chairman or presiding officer who shall be elected by the qualified voters of Madison County at-large.  The Chairman may reside at any place within Madison County.  The Chairman shall serve as the Chief Executive Officer of Madison County.  The Chairman shall preside at meetings of the Commission and shall vote only in case of a tie vote.  The Chairman may designate a member of the Commission to preside over a meeting of the

-4-

Commission if the Chairman will not be present at the said meeting.

(2) The remaining six members of the Madison County Commission shall be elected from single member districts as described below. Only the qualified voters residing within the District shall vote for the Commissioner from the District.

(3) The members of the Madison County Commission representing Districts 1, 2, 3, and 4 shall perform those duties which have historically been performed by members of the Madison County Commission within the Districts which they represent. The members of the Madison County Commission representing Districts 5 and 6 shall have responsibilities and perform duties commensurate in responsibility with those of the other four members of the Madison County Commission, specifically including but not limited to the duties set forth below.

During the four year term of office beginning in January, 1989, the District 5 Commissioner shall have supervision over the following departments:

Water Department

-5-

Data Processing
Travel and Tourism
Transportation
Farmers' Market

and shall serve as the liason between the County Commission and the detention facility for children coming under the jurisdiction of the Juvenile Division of the District Court and the Madison County Probate Judge, Tax Collector and Tax Assessor.

During the four year term of office beginning in January, 1989, the District 6 Commissioner shall have supervision over the following departments:

Waste Control
Public Works
Maintenance
Central Garage
Purchasing
Purchasing Warehouse

and shall serve as the liason between the County Commission and the Madison County Sheriff, the District Attorney and the Madison County Legislative Delegation.

Policy decisions for the Districts and for the Departments shall be made by majority vote of the Madison County Commission. Nothing contained herein shall in any way limit or exempt the Madison County Commission or any member thereof from performing any of the powers or duties of the Madison County

-6-

Commission or members of the Madison County Commission under the laws of the State of Alabama.

2.    Attached as Exhibits "A", "B" and "C", respectively, and made a part hereof as if set out in full herein, are descriptions of the said six County Commission Districts using census tracts, blocks and enumeration districts from the 1980 Census of Population (Exhibit "A"); a description of each district with reference to streets, roads, highways, rivers and other such features (Exhibit "B"); the total population and racial composition of the population of each district from the Number of Inhabitants: Alabama; U. S. Census of Population, 1980; Bureau of Census; U. S. Department of Commerce (Exhibit "C").

3.    The members of the Madison County Commission shall be elected in the same manner each four years.

4.    Each candidate for a District position on the Madison County Commission for elections held after 1988 shall be a registered voter in and a resident of the district for which they are a candidate for no less than ninety (90) days prior to the date they announce their candidacy and at all times thereafter.

5.    The foregoing plan or method of electing members of the Madison County Commission requires submission to the Department of Justice under Section 5 of the Voting Rights Act. The Madison County Commission is directed to submit such plan and include with its submission notification

-7-

to the Department of Justice that the same has been ordered into effect.

6.    Pending favorable action by the Department of Justice, the foregoing plan is ordered into effect and the elections held in 1988 for members of the Madison County Commission pursuant to such plan are hereby approved and ratified. Upon favorable action by the Department of Justice said plan shall be and become the Court's permanent plan without further order of the Court. As a permanent plan the same shall be and remain in effect until publication of the regular 1990 decennial census and thereafter until action is taken to amend the same by either the Legislature of the State of Alabama or the Madison County Commission acting in conformity with the following: (a) the Constitution of the United States, (b) Section 2 of the Voting Rights Act, and (c) the laws of the State of Alabama.

Dated at Birmingham, Alabama this ___27th___ day of January, 1989.

Robert S. Vance
United States Circuit Judge
Sitting by Designation

-8-

DISTRICT 1 SHALL CONSIST OF:

New Market Division

    Tract 101

Hazel Green Division

    Tract 103

Huntsville Division

    Remainder of Tract 107

    Tract 108 (Part)

        Excluding Blocks 905-907 Huntsville City

        Excluding Blocks 177-178

    Remainder of Tract 2.01

    Tract 9.01

    Tract 18.02

    Tract 8 (Part)

        Blocks 101, 110, 113

        Blocks 115-119

        Blocks 201-208

    Tract 9.02

    Tract 10

    Tract 11 (Part)

        Blocks 101-113

        Blocks 119-124

    Tract 1 (Part)

        Blocks 101, 104-106, 115

        Blocks 119, 121

        Blocks 201, 202

        Blocks 210-214, 217

        Blocks 222, 223

        Block Group 4

        Blocks 501-518

        Blocks 523

    Tract 16 (Part)

        Block Group 1

(Continued)

Exhibit "A"

DISTRICT 1

Huntsville Division (Continued)

Tract 19.01 (Part)

Blocks 104-112

Tract 20 (Part)

Blocks 102-105

Blocks 110-116

Rev. 3/16/88

DISTRICT 2 SHALL CONSIST OF:

New Market Division

    Tract 102

Gurley Division

    Tract 109 (Part)

        ED 543

        Gurley Town

        Blocks 101-102

        Blocks 106

        Blocks 111-113

Huntsville Division

    Tract 108 (Part)

        Blocks 177-178

    Tract 19.01 (Part)

        Excluding Blocks 104-112

    Tract 17

    Tract 18.01

    Tract 20 (Part)

        Blocks 106-109, 117

        Block Group 2

        Block Group 3

    Tract 21 (Part)

        Blocks 105-119

        Block Group 3

           Excluding Blocks 320 and 321

        Blocks 401, 404-409, 411-415

        Blocks 421-423

        Blocks 501-503

        Blocks 512-514

    Tract 15

    Tract 14 (Part)

        Huntsville City

    Tract 13 (Part)

        Blocks 119

        Blocks 201-212, 215

(Continued)

DISTRICT 2

<u>Huntsville Division (Continued)</u>

Tract 6.01

Tract 6.02

Tract 5.03 (Part)

Blocks 109-119

Block Group 2

Tract 22 (Part)

Block 205-213

Rev. 3/16/88

DISTRICT 3 SHALL CONSIST OF:

Gurley Division

Tract 109 (Part)

Blocks 103-105

Blocks 107-110

Blocks 114-130

Blocks 901-902

New Hope Division

Tract 113

Tract 114

Huntsville Division

Remainder of Tract 29.02

Tract 28.02

Tract 28.01

Tract 25.02

Tract 24

Tract 23

Tract 22 (Part)

Block Group 1

Blocks 201-204

Arsenal Division

Remainder of Tract 111

ED 541

Rev. 3/16/88

DISTRICT 4 SHALL CONSIST OF:

Madison Cross Roads Division

    Tract 104

Huntsville Division

    Remainder of Tract 105

    Remainder of Tract 4.01

    Tract 106

    Tract 5.01

    Tract 5.03 (Part)

        Blocks 101-102

        Blocks 105-106

        Blocks 120-124

    Tract 701 (Part)

        Excluding Blocks 109-110

    Tract 3.01 (Part)

        Blocks 111-120

        Blocks 201-216

        Blocks 220

    Tract 2.02 (Part)

        Blocks 215-216

    Remainder of Tract 14

Madison Division

    Tract 110

Triana-Blackwell Division

    Tract 112

Arsenal Division

    Tract 111 (Part) Huntsville City

Rev. 3/16/88

DISTRICT 5 SHALL CONSIST OF:

Huntsville Division

    Tract 29.02 (Part) Huntsville City

    Tract 29.01

    Tract 27.02

    Tract 27.01

    Tract 19.02

    Tract 19.03

    Tract 26

    Tract 25.01

    Tract 21 (Part)

        Blocks 120-127

        Block Group 2

        Block 416-420

        Block 504-511

        Block 515-526

Rev. 3/16/88

DISTRICT 6 SHALL CONSIST OF:

Huntsville Division

    Tract 105 (Part) Huntsville City

    Tract 107 (Part) Huntsville City

    Tract 4.01 (Part) Huntsville City

    Tract 4.02

    Tract 3.02

    Tract 3.01 (Part)

        Blocks 101-110

        Blocks 217-219

        Block Group 3

    Tract 2.02 (Part)

        Excluding Blocks 215-216

    Tract 2.01 (Part) Huntsville City

    Tract 7.02

    Tract 7.01 (Part)

        Blocks 109-110

    Tract 13 (Part)

        Blocks 101-118

        Blocks 213-214

        Blocks 216-220

    Tract 12

    Tract 8 (Part)

        Blocks 102-109

        Blocks 209-220

    Tract 11 (Part)

        Blocks 114-118

        Block Group 2

        Block Group 3

    (Continued)

DISTRICT 6

Huntsville Division (Continued)

Tract 1 (Part)

Blocks 102-103

Blocks 107-114

Blocks 116-118

Blocks 122-123

Blocks 203-209

Blocks 215-216

Blocks 218-221

Blocks 225

Block Group 3

Blocks 519

Tract 16 (Part)

Block Group 2

Block Group 3

Tract 20 (Part)

Block 101

Tract 108 (Part)

Block 905-907

Tract 21 (Part)

Blocks 101-104

Blocks 320, 321

Blocks 402, 403, 410

Rev. 3/16/88

DESCRIPTIONS

FOR

MADISON COUNTY

DISTRICTS

### DISTRICT 1

Beginning at a point where the Madison County, Tennessee State Line intersect with Butter and Egg Road; thence south along Butter and Egg Road to Opp Reynolds Road; thence east on Opp Reynolds Road to Brier Fork Road; thence south on Brier Fork Road to Murphy Hill Road; thence continue south on Murphy Hill Road to Patterson Lane; thence west on Patterson Lane to Pulaski Pike; thence south on Pulaski Pike to the intersection of the 1980 Huntsville City Limit Line with Pulaski Pike; thence easterly and southerly along the 1980 Huntsville City Limits to the intersection of Highway 72 East; thence west along Highway 72 East to the intersection of Meridian Street; thence south along Meridian Street to Max Luther Drive; thence west along Max Luther Drive to Washington Street; thence south on Washington Street to Abington Avenue; thence east on Abington Avenue to Meridian Street; thence south on Meridian Street to Dallas Branch; thence west along Dallas Branch to Washington Street; thence south on Washington Street to Pratt Avenue; thence east on Pratt Avenue to Meridian Street; thence south on Meridian Street to Monroe Avenue; thence west on Monroe Avenue to Washington Street; thence south on Washington Street to Franklin Street, continue south on Franklin Street to Williams Street; thence southwest on Williams Street to Madison Street; thence south on Madison Street to Governors Drive; thence west on Governors Drive to Gallatin Street; thence south on Gallatin Street to Longwood Avenue; thence west on Longwood Avenue to Harvard Road; thence North on Harvard Road to Governors Drive; thence west on Governors Drive to Memorial Parkway; thence South on Memorial Parkway to a railroad track running east and west; thence east along said railroad track to its intersection with the L & N railroad track; thence south along said railroad track to Bob Wallace Avenue; thence east on Bob Wallace to Billie Watkins Street; thence North on Billie Watkins Street to Marsheutz Avenue; thence east on Marsheutz Avenue to California Street; thence North on California Street to East Clinton Street; thence east on East Clinton Street to Maysville Road; thence south on Maysville Road to Randolph Street; thence east on Randolph Street to Tollgate Road; thence northeast on Tollgate to its intersection with Bankhead Parkway; thence continue Northeast on Bankhead Parkway to the intersection of Bankhead Parkway with the Half Section Line of Section 29, Township 3 South, Range 1 East; thence south along said Half Section Line to its intersection with the Half Section Line of Section 32, Township 3 South, Range 1 East; thence continue south along said Section Line to the center of the North Boundary of Section 5, Township 4 South, Range 1 East; thence east along said boundary to the Quarter Line of Section 5, Township 4 South, Range 1 East; thence south along said Quarter Line to its intersection with Governors Drive; thence east along Governors Drive to Monte Sano Blvd.; thence north along Monte Sano Blvd. to its intersection with an unnamed road running east off of Monte Sano Blvd.; thence east along said road to its intersection with Big Cove Creek; thence southeast along Big Cove Creek to Dug Hill Road; thence easterly and northerly along Dug Hill Road to Highway 72 East; thence east along Highway 72 East to the Flint River; thence meandering northerly along the Flint River to the intersection of Bell Factory Road extended; thence east along Bell Factory Road extended and Bell Factory Road to Maysville Road; thence north on Maysville Road to County Lake Road; thence east on County Lake Road to Hurricane Creek Road; thence south on Hurricane Creek Road to County Lake Road; thence east on County Lake Road to Sharps Cove Road; thence east on Sharps Cove Road to its intersection with Molder Branch; thence northeast along Molder Branch to its intersection with Sharps Cove Road; thence north on Sharps Cove Road to its intersection with an unnamed stream; thence east along the unnamed stream to its intersection with the eastern Madison County Boundary; thence northerly along the Madison County Boundary to the intersection of the Tennessee State Line and the Northern Madison County Boundary; thence west along the northern Madison County Boundary to its intersection with Butter and Egg Road which is the point of beginning.

Rev. 3/16/88

DISTRICT 2

Beginning at a point where Highway 72 East intersects with Dug Hill Road; thence southerly and westerly along Dug Hill Road to its intersection with Big Cove Creek; thence northwest along the Big Cove Creek to an unnamed road; thence southwest along said road to Monte Sano Blvd.; thence south along Monte Sano Blvd. to Governors Drive; thence west along Governors Drive to its intersection with the Quarter Section Line of Section 5, Township 4 South, Range 1 East; thence north along said Quarter Section Line to its intersection with the South Boundary of Section 32, Township 3 South, Range 1 East; thence west to the center of the south boundary of Section 32, Township 3 South, Range 1 East; thence north along the Half Section Line of said Section 32 to its intersection with the Half Section Line of Section 29, Township 3 South, Range 1 East; thence continue north along said Half Section Line to its intersection with Bankhead Parkway; thence southwest on Bankhead Parkway to Tollgate Road; thence continue southwest on Tollgate Road to Randolph Street; thence west on Randolph Street to Maysville Road; thence north on Maysville Road to East Clinton; thence west on East Clinton to California Street; thence south on California Street to Marsheutz Avenue; thence west on Marsheutz Avenue to Billie Watkins Street; thence south on Billie Watkins Street to Bob Wallace Avenue; thence west on Bob Wallace Avenue to its intersection with the L & N Railroad track; thence north along the L & N Railroad track to its intersection with an unnamed railroad track running west off of the L & N Railroad track; thence west along said unnamed railroad track to its intersection with the Memorial Parkway; thence north on Memorial Parkway to Governors Drive; thence west on Governors Drive to Brahan Avenue; thence north on Brahan Avenue to Earl Street; thence northwest on Earl Street to West Clinton Avenue; thence southwest on West Clinton Avenue to Lowry Street; thence northwest on Lowry Street to Hall Avenue; thence southwest on Hall Avenue to Triana Blvd.; thence north and west on Triana Blvd. to Eighth Street; thence north on Eighth Street to its intersection with the Southern Railroad; thence east along said railroad to its intersection with Broglan Branch; thence north along Broglan Branch to its intersection with University Drive; thence west on University Drive to Oster Drive; thence North on Oster Drive to McDow Avenue; thence west on McDow Avenue to Bessemer Road; thence north on Bessemer Road to Oster Drive; west on Oster Drive to Brookmead Road; thence south on Brookmead Road to Rees Avenue; thence west on Rees Avenue to Hewitt Street; thence south on Hewitt Street to Brookmead; thence continue south on Brookmead to McDow Avenue; thence west on McDow Avenue to State Highway 53; thence north on State Highway 53 to Brandon Town Road; thence north on Brandon Town Road to Oakwood Avenue; thence east on Oakwood Avenue to Pulaski Pike; thence north on Pulaski Pike to Grizzard Road; thence west on Grizzard Road to State Highway 53; thence south on State Highway 53 to Sparkman Drive; thence southwest on Sparkman Drive to University Drive; thence west on University Drive to its intersection with the 1980 Huntsville City Limits Line; thence west, south and east along said city limits line to its intersection with State Highway 20; thence east on State Highway 20 to Bob Wallace Avenue which is also the 1980 Huntsville City Limits Line; thence East on Bob Wallace and said City Limits Line to a point where the City Limits Line leaves Bob Wallace Avenue; thence south, east and north along said city limits and around Madison Pike Elementary School to its intersection with Bob Wallace Avenue; thence east on Bob Wallace Avenue to Jordan Lane; thence north on Jordan Lane to the Southern Railroad; thence east along said railroad to its intersection with a railroad spur running south off of the Southern Railroad; thence south along said railroad spur to its intersection with Eighth Avenue; thence east on Eighth Avenue to First Street; thence south on First Street to its intersection with a railroad spur running east and west; thence east along said east, west railroad spur to its intersection with the Huntsville Spring Branch; thence south along the Huntsville Spring Branch to its intersection with Bob Wallace Avenue; thence east on Bob Wallace to Memorial Parkway; thence south on Memorial Parkway to Drake Avenue; thence east on Drake Avenue to Granada Drive; thence southeast on Granada Drive to Toney Drive; thence southwest on Toney Drive to its intersection with the TVA Power Lines; thence east along the TVA Power Lines to U.S. Highway 431 South; thence southeast along said Highway to its intersection with the Flint River; thence generally east along the Flint River to a point where Goose Creek empties into the Flint River; thence generally east along Goose Creek to its intersection with Cherry Tree Road; thence in a southeasterly direction along Cherry Tree Road to New Hope-Cedar Point Road; thence north on New

Rev. 3/16/88

DISTRICT 3

Beginning at a point where the Flint River intersects with U.S. Highway 431 South; thence northwest on said highway to its intersection with the TVA Power Lines; thence west along said TVA Power Lines to its intersection with Miss Ann's Road; thence south along Miss Ann's Road to its intersection with a hiking trail; thence continue south along said trail to its intersection with Monterest Road; thence continue south on Monterest Road to North Shawdee Road; thence south on North Shawdee Road to Green Mountain Road (South Shawdee Road); thence south on Green Mountain Road to Monte Verda Drive; thence west and south on Monte Verda Drive to its intersection with the 1980 Huntsville City Limits; thence north, east and south along said City Limits to its intersection with Memorial Parkway; thence north on Memorial Parkway to Johnson Road; thence west on Johnson Road to Triana Blvd.; thence north on Triana Blvd. to Long Avenue; thence west on Long Avenue to Bob Wallace; thence continue west on Bob Wallace to Fifteenth Street; thence north on Fifteenth Street to Tenth Avenue; thence east on Tenth Avenue to Fourteenth Street; thence north on Fourteenth Street and Fourteenth Street extended to its intersection with the Southern Railroad; thence west along the Southern Railroad to its intersection with Jordan Road; thence south on Jordan Road to its intersection with Bob Wallace Avenue and the 1980 Huntsville City Limits Line; thence west on Bob Wallace Avenue and said City Limits Line to a point where the City Limits Line leaves Bob Wallace Avenue; thence south, west and north along said City Limits Line and around the Madison Pike Elementary School to its intersection with Bob Wallace Avenue; thence west on Bob Wallace Avenue to State Highway 20; thence southwest on State Highway 20 and the 1980 Huntsville City Limits Line to a point where the said City Limits Line leaves State Highway 20 in a southerly direction; thence southerly and westerly along said City Limits Line to its intersection with the Redstone Arsenal's west boundary; thence south along said boundary to its intersection with the Tennessee River; thence meandering in an easterly direction along said river to a point where the Paint Rock River empties into the Tennessee River; thence meandering in a northeasterly direction along the Paint Rock River to a point where the Madison County Line intersects with the Paint Rock River; thence northwest along the County Line to its intersection with New Hope-Cedar Point Road; thence south on New Hope-Cedar Point Road to Cherry Tree Road; thence north on Cherry Tree Road to its intersection with Goose Creek; thence west along Goose Creek to the Flint River; thence continue west along Flint River to its intersection with Highway 431 South which is also the point of beginning.

Rev. 3/16/88

DISTRICT 4

Beginning at a point where Butter and Egg Road intersect with the Tennessee State Line; thence south on Butter and Egg Road to Opp Reynolds Road; thence east on Opp Reynolds Road to Brier Fork Road; thence south on Brier Fork Road to Murphy Hill Road; thence continue south on Murphy Hill Road to Patterson Lane; thence west on Patterson Lane to Pulaski Pike; thence south on Pulaski Pike to a point where the 1980 Huntsville City Limits intersects Pulaski Pike; thence west and south along said City Limits to its intersection with Stringfield Road; thence east on Stringfield Road to Pulaski Pike; thence south on Pulaski Pike to Mastin Lake Road; thence east on Mastin Lake Road to Helena Drive; thence south on Helena Drive to North Helena Drive; thence east on North Helena Drive to East Helena Drive; thence south on East Helena Drive and East Helena Drive extended to Donner Circle; thence south on Donner Circle to Brett Road; thence east on Brett Road to Bridge Road; thence north on Bridge Road to Blue Spring Road; thence north on Blue Spring Road to Mastin Lake Road; thence east on Mastin Lake Road to the Pinhook Creek; thence north along the Pinhook Creek to Medaris Road; thence east along Medaris Road to Norwood Drive; thence south on Norwood Drive to Kenwood Drive; thence south on Kenwood Drive to Lakeview Drive; thence east on Lakeview Drive to Medaris Road; thence south on Medaris Road to North Memorial Parkway; thence south on North Memorial Parkway to Lakewood Drive; thence east on Lakewood Drive to Lakewood Circle; thence east on Lakewood Circle to Lakewood Road; thence south on Lakewood Road to Mastin Lake Road; thence west on Mastin Lake Road to North Memorial Parkway; thence south on North Memorial Parkway to Sparkman Drive; thence west on Sparkman Drive to Pulaski Pike; thence north on Pulaski Pike to Grizzard Road; thence west on Grizzard Road to Highway 53; thence south on Highway 53 to Sparkman Drive; thence west and south on Sparkman Drive to University Drive; thence west on University Drive to a point where the 1980 Huntsville City Limits Line intersects with University Drive; thence west, south and east along said City Limits Line to its intersection with State Highway 20; thence east on Highway 20 to a point where the 1980 Huntsville City Limits Line leaves Highway 20 and runs southerly and easterly through the Redstone Arsenal then intersects with Zierdt Road and the Redstone Arsenal Boundary Line; thence south along said Arsenal Boundary Line to the Tennessee River; thence west along the Tennessee River to its intersection with the west Madison County Boundary Line; thence north along said boundary line to the Tennessee State Line; thence east along said Tennessee State Line to Butter & Egg Road which is the point of beginning.

Rev. 3/16/88

DISTRICT 5

Beginning at the intersection of Johnson Avenue and Memorial Parkway; thence west on Johnson Avenue to Triana Blvd.; thence north on Triana Blvd. to Long Avenue; thence west on Long Avenue to Bob Wallace Avenue; thence continue west on Bob Wallace Avenue to Fifteenth Street; thence north on Fifteenth Street to Tenth Avenue; thence east on Tenth Avenue to Fourteenth Street; thence north on Fourteenth Street and Fourteenth Street extended to the Southern Railroad; thence east along the Southern Railroad to its intersection with a railroad spur running south off of the Southern Railroad; thence south along said railroad spur to Eighth Avenue; thence east on Eighth Avenue to First Street; thence south on First Street to an east, west Railroad Spur; thence east along said railroad spur to the Huntsville Spring Branch; thence south along the Huntsville Spring Branch to Bob Wallace Avenue; thence east on Bob Wallace Avenue to Memorial Parkway; thence south on Memorial Parkway to Drake Avenue; thence east on Drake Avenue to Granada Drive; thence south on Granada Drive to Toney Drive; thence south on Toney Drive to the TVA Power Line; thence east along the TVA Power Line to Miss Ann's Road; thence south on Miss Ann's Road to its intersection with a hiking trail; thence continue south along said Hiking Trail to its intersection with Monterest Road; thence south on Monterest Road to Green Mountain Road (S. Shawdee Road); thence south on Green Mountain Road (S. Shawdee Road) to Mt. Verda Road; thence west and south on Mt. Verda Road to its intersection with the South 1980 Huntsville City Limits Line; thence westerly along the said City Limits Line to its intersection with South Memorial Parkway; thence north on South Memorial Parkway to Johnson Road which is the point of beginning.

Rev. 3/16/88

DISTRICT 6

Beginning at the intersection of Governors Drive and Madison Street; thence north on Madison Street to Williams Street; thence east on Williams Street to Franklin Street; thence north on Franklin Street to Washington Street; thence continue north on Washington Street to Meridian Street; thence north on Meridian Street to Pratt Avenue; thence west on Pratt Avenue to Washington Street; thence north on Washington Street to the Dallas Branch; thence east along the Dallas Branch to Meridian Street; thence north on Meridian Street to Abington Avenue; thence west on Abington Avenue to Washington Street; thence north on Washington Street to Max Luther Drive; thence east on Max Luther Drive to Meridian Street; thence north on Meridian Street to Highway 72; thence east on Highway 72 to a point where the 1980 Huntsville City Limits Line intersects with Highway 72 East; thence north along the East, North and West 1980 Huntsville City Limits to a point where the said City Limits Line intersects with Stringfield Road; thence east on Stringfield Road to Pulaski Pike; thence south on Pulaski Pike to Mastin Lake Road; thence east on Mastin Lake Road to Helena Drive; thence south on Helena Drive to North Helena Drive; thence east on North Helena Drive to East Helena Drive; thence south on East Helena Drive and East Helena Drive extended to Donner Circle; thence south on Donner Circle to Brett Road; thence east on Brett Road to Bridge Road; thence north and east on Bridge Road to Blue Spring Road; thence North on Blue Spring Road to Mastin Lake Road; thence east on Mastin Lake Road to Pinhook Creek; thence north along Pinhook Creek to Medaris Road; thence east on Medaris Road to Norwood Drive; thence south and east on Norwood Drive to Kenwood Drive; thence south on Kenwood Drive to Lakeview Drive; thence east on Lakeview Drive to Medaris Road; thence south and east on Medaris Road to North Memorial Parkway; thence south on North Memorial Parkway to Lakewood Drive; thence east on Lakewood Drive to Lakewood Circle; thence east on Lakewood Circle to Lakewood Road; thence south on Lakewood Road to Mastin Lake Road; thence west on Mastin Lake Road to North Memorial Parkway; thence south on North Memorial Parkway to Sparkman Drive; thence west on Sparkman Drive to Pulaski Pike; thence south on Pulaski Pike to Oakwood Avenue; thence west on Oakwood Avenue to Brandon Town Road; thence south on Brandon Town Road to Highway 53; thence south on Highway 53 to McDow Avenue; thence east on McDow Avenue to Brookmead Street; thence north on Brookmead Street to Hewitt Street; thence north on Hewitt Street to Rees Avenue; thence east on Rees Avenue to Brookmead Street; thence north on Brookmead Street to Oster Drive; thence east on Oster Drive to Bessemer Road; thence south on Bessemer Road to McDow Avenue; thence east on McDow Avenue to Oster Drive; thence south on Oster Drive to University Drive; thence east on University Drive to the Broglan Branch; thence south on Broglan Branch to its intersection with the Southern Railroad; thence southwest along said railroad to its intersection with Eighth Street; thence south on Eighth Street to Triana Blvd.; thence east and south on Triana Blvd. to Hall Street; thence northeast on Hall Street to Lowry Street; thence south on Lowry Street to West Clinton Avenue; thence northeast on West Clinton Avenue to Earl Street; thence southeast on Earl Street to Brahan Avenue; thence southwest on Brahan Avenue to Governors Drive; thence east on Governors Drive to Harvard Road; thence south on Harvard Road to Longwood Avenue; thence east on Longwood Avenue to Gallatin Street; thence north on Gallatin Street to Governors Drive; thence east on Governors Drive to Madison Street which is the point of beginning.

Rev. 3/16/88

## DISTRICT 1

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 29,302 | 2,680 | 286 | 32,268 | 8.31% |

## DISTRICT 2

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 29,806 | 3,435 | 492 | 33,733 | 10.18% |

## DISTRICT 3

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 29,399 | 2,763 | 1,049 | 33,211 | 8.32% |

## DISTRICT 4

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 22,880 | 9,484 | 350 | 32,714 | 28.99% |

## DISTRICT 5

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 30,671 | 851 | 592 | 32,114 | 2.65% |

## DISTRICT 6

| White | Black | Other | Total | % Black |
|---|---|---|---|---|
| 12,733 | 19,840 | 340 | 32,913 | 60.28% |

Rev. 3/16/88

Exhibit "C"