# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

VERONICA CURTIS-RICHIE, et al.,

*Plaintiffs*,

v.

MADISON COUNTY
COMMISSION, et al.,

*Defendants*.

**No. 5:25-cv-00557**
**UNOPPOSED**

## <u>UNOPPOSED REQUEST FOR TEMPORARY STAY</u>

Based on the U.S. Supreme Court's decision in *Louisiana v. Callais*, Plaintiffs intend to pause all discovery and other proceedings in this case until Friday, May 15, 2026. On or before that date, the parties will notify the Court regarding proposed next steps in this case. Defendants do not oppose this request.

Respectfully submitted this 1st day of May, 2026.

/s/ Brittany Carter
Brittany Carter*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200

I. Sara Rohani*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
srohani@naacpldf.org

R. Gary Spencer*
NAACP LEGAL DEFENSE
& EDUCATIONAL FUND, INC.
260 Peachtree Street NW Ste. 2300, Atlanta, GA
30303
(202) 216-5578
gspencer@naacpldf.org

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street
 North Birmingham, AL 35203
 Phone: (205) 341-0498
Fax: (205) 254-1500
sjackson@wigginschilds.com


 *Counsel for Plaintiffs*

 *\* Admitted pro hac vice.*