## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| VERONICA CURTIS-RICHIE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MADISON COUNTY COMMISSION, et al.,<br><br>*Defendants*. | **No. 5:25-cv-00557**<br>**UNOPPOSED** |

## STATUS REPORT

Pursuant to the Court's May 15, 2026 Order, ECF No. 75, Plaintiffs submit this status report. In light of the U.S. Supreme Court's ruling in *Allen v. Milligan*, the *Milligan* plaintiffs' success on the merits on their Preliminary Injunction in the district court, No. 21-cv-01530, ECF No. 537, and the pending appeal at the U.S. Supreme Court, No. 25A1314, the parties have agreed to pause all discovery and outstanding discovery requests in this case for an additional two weeks until Friday, June 12, 2026. On or before that date, the parties will notify the Court regarding proposed next steps in this case.

Defendants' further state their continued position is that Plaintiffs should voluntarily dismiss this suit because they cannot meet their evidentiary burden now

clarified in *Louisiana v. Callais*, 146 S. Ct. 1131 (2026). Plaintiffs have given no indication whether they intend to voluntarily dismiss. And their stated basis for further postponement is perplexing—referring to different litigation against different defendants involving different districts rather than explain the need for further postponement for this case. Given *Callais*, and given the significant cost of continued discovery, Defendants do not oppose Plaintiffs' requested stay of discovery. Defendants do, however, oppose a stay of all proceedings. Absent an indication by Plaintiffs that they intend to voluntarily dismiss, Defendants would intend to file imminently a motion for judgment on the pleadings in light of *Callais*. Defendants further reserve all arguments about how Plaintiffs' successive postponements of discovery now make the present schedule untenable.

Respectfully submitted this 29th day of May, 2026.

/s/ Brittany Carter
Brittany Carter*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200

I. Sara Rohani*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th St. NW, Suite 600
Washington, DC 20005

Phone: (202) 682-1300
srohani@naacpldf.org

R. Gary Spencer*
NAACP LEGAL DEFENSE
& EDUCATIONAL FUND, INC.
260 Peachtree Street NW Ste. 2300, Atlanta, GA
30303
Phone: (202) 216-5578
gspencer@naacpldf.org

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street
 North Birmingham, AL 35203
 Phone: (205) 341-0498
Fax: (205) 254-1500
sjackson@wigginschilds.com


*Counsel for Plaintiffs*

*\* Admitted pro hac vice.*